UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAN BONIFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21-cv-00705-MTS |
| ) | |
| KILOLO KIJAKAZI, *the Acting* ) | |
| *Commissioner of Social Security*, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Application for Award of Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Doc. [33]. Plaintiff asks to be awarded $6,555.29 for 28.4 hours of attorney work. Defendant has no objection to Plaintiff's request. Doc. [35]. The Court will award Plaintiff $6,555.29 to be paid by the Social Security Administration. *See* 28 U.S.C. § 2412. This amount is subject to any allowable offset to satisfy any pre-existing debt Plaintiff owes to the United States. If Plaintiff owes an outstanding debt to the United States, and such debt is subject to offset, Defendant shall offset the debt and send the remainder (if any) of the award to Plaintiff through Plaintiff's attorney.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Award of Fees, Doc. [33], is **GRANTED**. EAJA fees and expenses in the amount of $6,555.29 shall be paid by the Social Security Administration to Plaintiff in accordance with the EAJA and this Memorandum and Order.

Dated this 31st day of October, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE